IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SANDRA CAROL PAULK,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 09-00078-CG-N |
| **ACE MOVING AND STORAGE,** | ) |
| **Defendant.** | ) |

**ORDER**

This action is before the Court on a motion (Doc. 11) filed by the defendant, Ace Moving & Storage ("Ace"), to dismiss or, in the alternative, to transfer this matter to the United States District Court for the Southern District of Mississippi. In her response (Doc. 19) to this motion, the plaintiff admits that, although she now lives in Alabama (Doc. 9), the incidents made the basis of this lawsuit occurred when she lived and worked in Gulfport, Mississippi. Consequently, plaintiff does not object to the transfer of this action as requested by the defendant. It is therefore **ORDERED** that Ace's motion (Doc. 11) be and is hereby **GRANTED** to the extent it seeks transfer of this action to the United States District Court for the Southern District of Mississippi.[1] The Clerk of this Court is hereby directed to take such steps as are necessary to effectuate this transfer.

**DONE** this 17th day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In view of the possibility that plaintiff, if given the opportunity, could correct the pleading deficiencies which would otherwise warrant actual dismissal of this action, transfer is the appropriate relief at this juncture.